# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CHARLES HINES,** | ) |
| | ) |
|     **Petitioner,** | ) |
| | ) |
| v. | )    **Case No. CIV-20-518-G** |
| | ) |
| | ) |
| **WARDEN S. YOUNG,** | ) |
| | ) |
|     **Respondent.** | ) |

## ORDER

Petitioner Charles Hines, a federal prisoner, filed this action pursuant to 28 U.S.C. § 2241 seeking habeas relief. *See* Pet. (Doc. No. 1). In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Suzanne Mitchell for preliminary review.

On July 29, 2020, Judge Mitchell issued a Report and Recommendation (Doc. No. 9), in which she recommended the habeas petition be dismissed due to a lack of statutory jurisdiction. In the Report and Recommendation, Judge Mitchell advised Petitioner of his right to object to the Report and Recommendation by August 19, 2020. Judge Mitchell also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, Petitioner has not submitted any objection to the Report and Recommendation or sought leave for additional time to do so.

## CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 9) is ADOPTED in its entirety. This action is DISMISSED for lack of jurisdiction. A separate judgment shall be entered.

IT IS SO ORDERED this 10th day of November, 2020.

_____
CHARLES B. GOODWIN
United States District Judge